```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
PHOTON INTERACTIVE SERVICES INC.,          :
                                           :    24cv7104 (DLC)
                         Plaintiff,        :
              -v-                          :        ORDER
                                           :
SGII, INC. d/b/a SENEGENCE,                :
                                           :
                         Defendant.        :
------------------------------------------ X
                                           :
SGII, INC. d/b/a SENEGENCE,                :
                                           :
             Counterclaim Plaintiff,       :
                                           :
              -v-                          :
                                           :
PHOTON INTERACTIVE SERVICES INC.,          :
                                           :
             Counterclaim Defendant.       :
----------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported by the mediator that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 10, 2025**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         February 7, 2025

                                                    _____
                                                      DENISE COTE
                                       United States District Judge